IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE McIVER,

    Defendant.

CRIMINAL ACTION NO.: 4:19CR33

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by Jennifer G. Solari, counsel for Plaintiff, for the dates of April 19, 2019 and June 14, 2019. (Doc. 20.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 28th day of March, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA