IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 MAR 28 PM 4:12

CLERK_____
SO. DIST. GA.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRE McIVER,

    Defendant.

CRIMINAL ACTION NO.: 4:19CR33

## O R D E R

This matter is before the Court on the Motion for Leave of Absence by Jennifer G. Solari, counsel for Plaintiff, for the dates of March 29, 2019 and May 15, 2019 through and including May 17, 2019. (Doc. 21.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 28th day of March, 2019.

CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA