UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | 4:19-CR-33 |
|---|---|---|
| v. | ) | |
| ANDRE MCIVER | ) | |

## ORDER

Upon consideration of the Motion for Leave of Absence by Assistant United States Attorney Jennifer G. Solari for the dates of June 17th 2019, through and including June 19th 2019, for the purpose of attending a medical appointment and providing medical care of a family member, the same is hereby GRANTED, however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED this 13th day of June, 2019.

HONORABLE CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA