**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **) INDICTMENT 4:19-CR-00033-RSB** |
| | **)** |
| **V.** | **)   CHARGES: 18. U.S.C. 922(g)(1)** |
| | **)   POSSESSION OF A FIREARM BY A** |
| **MCIVER, ANDRE, JR.** | **)   PROHIBITED PERSON** |
| **DEFENDANT** | **)** |

**ORDER**

This matter is before the Court on the Motion for Leave of Absence by **MARTIN G. HILLIARD,** counsel for the Defendant, from the above case for the following days:

**September 29, 2023, through October 13, 2023.**
**November 20, 2023, through November 24, 2023.**
**December 21, 2023, through January 3, 2024.**
**May 18, 2024, through May 25, 2024.**
**June 29, 2024, through July 5th, 2024.**
**November 25, 2024, through November 29, 2024.**
**December 20, 2024, through January 6, 2025.**

After careful consideration, said Motion is **GRANTED.**

**SO ORDERED,** this 26th day of September, 2023

_____

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA